IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL T. THOMAS,

    Petitioner,                       No. 2:12-cv-2587 CKD P

    vs.

E. VALENZUELA,                        <u>ORDER</u>

    Respondent.

_____/

    On January 28, 2013, respondent filed a motion to dismiss the petition as time-barred. Petitioner has not opposed the motion.

    Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion[.]" Local Rule 110 provides that failure to comply with the Local Rule "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

    Good cause appearing, IT IS HEREBY ORDERED THAT, within thirty days of the date of this order, petitioner shall file an opposition, if any, to the motion to dismiss. Failure

\\\\\

\\\\\

1

1  to file an opposition will be deemed a statement of non-opposition and shall result in a

2  recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

3  Dated: March 8, 2013

4  _____
  CAROLYN K. DELANEY
5  UNITED STATES MAGISTRATE JUDGE

6

7  2
  thom2587.osc